FILED BY SM D.C.
Oct 19, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*
*Felipe Plechac-Diaz*
*Assistant United States Attorney*
*500 East Broward Blvd., Suite 700*
*Ft. Lauderdale, FL 33394*
*Tel. (954) 660-5779*

September 25, 2026

FLSD Case Number: 26mj06599 Augustin-Birch

Itaya Ruth-Ann Quarterman

**Via Hand Delivery**

Re: Grand Jury Investigation

Ms. Quarterman:

This letter is to notify you that you are the target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Sections 371, 1343, 1349 and 1956.

If you elect to retain criminal counsel in this matter, please have your attorney contact me. If you believe you are financially unable to hire an attorney, the Court may appoint counsel to represent you. If this is the case, I encourage you to contact Special Agent Kevin Adams of the United States Postal Service OIG (USPS OIG), for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you. Special Agent Adams can be reached at 305-202-3870.

If your counsel does not contact me, or you do not contact Special Agent Adams regarding appointment of counsel, within 14 days of receipt of this letter, I will assume that you have elected not to resolve this matter at this time. In that event, the grand jury will consider the facts obtained during the course of this investigation.

Sincerely,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: ______________________
Felipe Plechac-Diaz

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Felipe Plechac-Diaz*
*Assistant United States Attorney*
*500 East Broward Blvd., Suite 700*
*Ft. Lauderdale, FL 33394*
*Tel. (954) 660-5779*

Assistant United States Attorney